UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SEAN PATRICK NEVINS, | CIVIL ACTION NO. 16-5765 (JLL) |
| Plaintiff, | **OPINION & ORDER** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

**THE PLAINTIFF** sought review of a determination by the Social Security Administration. (See dkt. 1.) In an order entered November 28, 2016, the Court set forth a schedule pursuant to Local Civil Rule 9.1 for the prosecution of this appeal, and directed that the failure to timely file documents would result in the appeal being dismissed. (See dkt. 7.) The plaintiff has failed to serve and file the required brief, even though the time to do so has elapsed. Therefore, for good cause appearing;

**THE COURT** hereby dismisses the complaint for lack of prosecution pursuant to Local Civil Rule 9.1 and Federal Rule of Civil Procedure 41(b); and it is further

**ORDERED** that the Clerk of the Court designate the action as **CLOSED**.

JOSE L. LINARES
United States District Judge

Dated: March 15th, 2017